IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT HINRICHS and KELLY HINRICHS, | |
| Plaintiffs, | 4:22CV3243 |
| vs. | |
| LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts Company; and RIMKUS CONSULTING GROUP, INC., | ORDER |
| Defendants. | |

This matter is before the Court on the parties' Joint Motion for Dismissal. (Filing No. 116). Having considered the matter, the Court will grant the Joint Motion. Accordingly,

**IT IS ORDERED** that this case is dismissed with prejudice, with the parties to bear their own attorney's fees and costs.

Dated this 12th day of May, 2025.

BY THE COURT:

*Susan M Bazis*
Susan M. Bazis
United States District Judge